HARTZ, Circuit Judge,
concurring:
I join Judge Seymour’s opinion except for the analysis under Begay v. United States, — U.S.-, 128 S.Ct. 1581, 170 L.Ed.2d 490 (2008), which I think is unnecessary. Under the Sentencing Guidelines a “forcible sex offense[ ]” is a crime of violence. USSG § 4B1.2 cmt. n. 1. The offense at issue here is clearly a forcible sex offense. See United States v. Romero-Hernandez, 505 F.3d 1082 (10th Cir.2007). It is therefore unnecessary to determine whether the offense otherwise comes within the general language of USSG § 4B1.2(a), which follows the lan *1153 guage of the Armed Career Criminal Act construed in Begay.